FILED

JAN 1 0 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN CHRISTOPHER BLANCHARD,<br><br>Defendant. | CR 13–20–M–DLC<br><br>ORDER |

Before the Court is Defendant Dustin Christopher Blanchard's Motion for Early Termination of Supervision. (Doc. 36.) The government does not object to the motion and instead defers to the Court's judgment. Blanchard has completed over half of a five-year term of supervised release, and the Court grants the motion.

Although the Court generally requires defendants to complete two-thirds of their term of supervision before considering a motion for early termination, it notes that Blanchard was sentenced to a five-year term of supervision, while many similarly situated defendants serve three years on supervision. Given this lengthier term of supervision, the Court finds that Blanchard's successful completion of over one-half of his term is sufficient to trigger full consideration of

1

Blanchard's motion.

A court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to terminate a term of supervised release, courts consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

Here, "the history and characteristics of the defendant" counsel in favor granting Blanchard's motion. 28 U.S.C. §3553(a)(1). Blanchard has secured reliable employment, and his employer is impressed by his work ethic and character. He has a family and a stable housing situation, and he has earned his GED and successfully completed substance abuse treatment. Blanchard has complied with all conditions of his supervision and, indeed, appears to be thriving. The Court is convinced that the interests of justice and Blanchard's success to date justify early termination of probation.

Accordingly, IT IS ORDERED that Blanchard's Motion (Doc. 36) is GRANTED. The term of supervised release imposed in the August 13, 2014 Amended Judgment is TERMINATED as of the date of this Order. Blanchard is hereby DISCHARGED from the sentence of supervised release in this case.

Dated this 10th day of January, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court